UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL FITZPATRICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:03-cr-00044-JAW |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on February 16, 2017 his Recommended Decision (ECF No. 34). The Petitioner filed his objections to the Recommended Decision on March 2, 2017 (ECF No. 36) and the Respondent filed its response to those objections on March 16, 2017 (ECF No. 38). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge be and hereby is AFFIRMED.

2. It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2255 Petition (ECF No. 25) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that a certificate of appealability should issue pursuant to Rule 11 of the Rules Governing Section 2255 Cases.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2017